UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY A. MCLEES,   Case No: 6:21-bk-00101
                   Chapter 13

Debtor.
_____ /

DEBTOR'S RESPONSE TO SECURED CREDITOR'S OBJECTION
TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN (Doc. No. 17)

COMES NOW the Debtor, TERRY A. MCLEES, by and through undersigned counsel, and states the following:

1. The Debtor filed a Petition under Title 11, Chapter 13 of the United States Code on January 12, 2021 ("Petition Date").

2. The Debtor filed her Chapter 13 plan on January 12, 2021 (Doc. No. 5).

3. Secured Creditor, U.S. Bank National Association, As Trustee For MASTR Asset-Backed Securities Trust 2005-FRE1 Mortgage Pass-Through Certificates, Series 2005-FRE1 ("Secured Creditor"), filed its Objection to Confirmation of Debtor's Chapter 13 Plan on February 3, 2021 (Doc. No. 17).

4. Secured Creditor's Objection states "It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $34,543.46, whereas the Plan proposes to pay only $30,000.00."

5. Secured Creditor filed its Proof of Claim (Claim No. 3) on February 11, 2021, showing an arrearage of $29,683.14.

WHEREFORE, the Debtor respectfully requests that this Court enter an order overruling Secured Creditor's Objection to Confirmation of Debtor's Chapter 13 Plan, and for such other and further relief as the Court deems appropriate.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been provided via U.S. mail or via electronic means to all creditors and interested parties on the attached matrix, this 12th day of February, 2021.

/s/ Matthew R. Gross
MATTHEW R. GROSS, J.D.
Florida Bar No.: 49863
Attorney for Debtor
Fresh-Start.Law, P.A.
1101 Douglas Ave. Ste. 1000
Altamonte Springs, FL 32714
Phone (407) 403-5936
Fax (407) 842-7248
mrg@first.law

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:21-bk-00101-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Feb 12 10:54:30 EST 2021 | Terry A. McLees<br>717 Butter Fly Creek Drive<br>Ocoee, FL 34761-3149 | U.S. Bank National Association, As Trustee F<br>Robertson, Anschutz, Schneid & Crane LLC<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 |
| 53 Bank Na<br>Fifth Third Center<br>Cincinnati, OH 45202-0000 | AdventHealth Imaging<br>PO Box 964556<br>Orlando, FL 32886-0001 | AdventHealth Med Grp Central FL<br>PO Box 14099<br>Belfast, ME 04915-4034 |
| AdventHealth Med Grp Central FL<br>PO Box 864552<br>Orlando, FL 32886-4552 | AdventHealth Orlando<br>PO Box 865516<br>Orlando, FL 32886-5516 | Ccs/Bryant State Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104-0478 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>955 American Lane<br>Schaumburg, IL 60173-4998 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jewett Orthopaedic Clinic<br>PO Box 8885<br>Winter Park, FL 32790-8885 |
| MERRICK BANK -<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick<br>55 East Ames Ct<br>Plainview, NY 11803-2304 | Midland Funding<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1238 |
| National Credit Adjusters<br>PO Box 3023<br>327 W 4th Ave<br>Hutchinson, KS 67501-4842 | North American Credit Services<br>PO Box 182221<br>Chattanooga, TN 37422-7221 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| PHH Mortgage Corporation -<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | PHH Mortgage Services<br>PO 5452<br>Mount Laurel, NJ 08054-5452 | Portfolio<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502-4952 |
| Portfolio Recov Assoc<br>150 Corporate Blvd<br>Norfolk, VA 23502-4952 | Sunbelt Crdt<br>C/O Security Finance Pob 3146<br>Spartanburg, SC 29304-3146 | TransUnion<br>P.O. Box 1000<br>Chester, PA 19016-1000 |
| US Anesthesia Partners of Florida<br>PO Box 744573<br>Atlanta, GA 30374-4573 | US Bank c/o<br>McCabe Weisberg and Conway LLC<br>500 South Australian Ave Ste 1000<br>West Palm Beach, FL 33401-6220 | US Bank c/o Robert McLain<br>McCabe Weisberg and Conway LLC<br>500 South Australian Ave Ste 1000<br>West Palm Beach, FL 33401-6220 |

| | | |
|---|---|---|
| Webbnk/Fhut<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303-0820 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Matthew R Gross +<br>Matthew R Gross, J.D., P.A.<br>1101 Douglas Avenue, Suite 1000<br>Altamonte Springs, FL 32714-2033 | Christopher P Salamone +<br>Robertson, Anschutz, Schneid, Crane<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (d)Internal Revenue Service -<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     3
Total                  37