UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY A. MCLEES,   Case No: 6:21-bk-00101
  Chapter 13

Debtor.
_____ /

OBJECTION TO CLAIM NO. 2

> NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at George C Young Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

COMES NOW the Debtor, TERRY A. MCLEES, by and through the undersigned counsel, and states that Debtor filed a Petition under Title 11, Chapter 13 of the United States Code on January 12, 2021 ("Petition Date"). Debtor now files this Objection to the following claim:

POC 2 - Department of the Treasury - Internal Revenue Service.

As grounds in support of this Objection, the following is stated:

1. On February 4, 2021, Creditor filed its claim as an unsecured claim and relative to unpaid

federal taxes. The proof of claim is attached hereto as Exhibit A.

2. Creditor is seeking an unsecured priority amount of $16,504.92 which includes unpaid taxes and interest from tax years 2016, 2017, and 2019. Creditor is seeking an unsecured general claim amount of $3,505.42 for interest relating to tax year 2017 and penalties.

3. Taxes and interest from tax year 2016 total $8,323.18 and should not be included in the unsecured priority claim amount because the applicable statutory and tolling periods have passed and the claim is eligible for discharge. As such, it is an unsecured non-priority claim.

WHEREFORE, the Debtor prays that the Court will:

A. sustain this Objection;

B. only allow Claim No. 2 up to the amount of $8,181.74 as unsecured priority claim and $11,829.60 as unsecured general claim;

C. grant such other relief as the Court deems appropriate.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection is being served upon the following creditors and interested parties, electronically or by United States regular mail, postage prepaid on February 16, 2021 to:

Chapter 13 Standing Trustee Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790-3450,

Civil Process Clerk, US Attorney for the Middle District of Florida, 400 North Tampa Street Suite 3200. Tampa, FL 33602,

Attorney General of the United States, Karl A. Racine, 441 4th Street NW Suite 1100 South Washington, D.C. 20001,

Glenn Chanel, Bankruptcy Specialist, Internal Revenue Service, 600 Arch St. Room 5200, Philadelphia, PA 19106.

/s/ MATTHEW R. GROSS, J.D.
MATTHEW R. GROSS, J.D.
Florida Bar No.: 49863
Attorney for Debtor
Fresh-Start.Law, P.A.
1101 Douglas Avenue Ste. 1000
Altamonte Springs, FL 32714
Telephone: (407) 403-5936
Facsimile: (407) 842-7248
mrg@first.law

**Fill in this information to identify the case:**

Debtor 1    TERRY A. MCLEES

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of FLORIDA

Case number    6:21-BK-00101-KSJ

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Department of Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name
P.O. Box 7346
Number Street
Philadelphia    PA    19101-7346
City State         ZIP Code

Contact phone   1-800-973-0424
Contact email _____

Creditor Number:   29337159

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**Where should payments to the creditor be sent?** (if different)

Internal Revenue Service
Name
P.O. Box 7317
Number Street
Philadelphia    PA    19101-7317
City State         ZIP Code

Contact phone   1-800-973-0424
Contact email _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410         **Proof of Claim**         EXHIBIT A      page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment

**7. How much is the claim?** $_____20,011.34_____. **Does this amount include interest or other charges?**

☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☒ Yes. Identify the property: See Attachment

Official Form 410          **Proof of Claim**          page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☒ **Yes.** Check one: | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $16,504.92 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/04/2021
                 MM / DD / YYYY

/s/CHANEL GLENN
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name          CHANEL                               GLENN
              First name        Middle name        Last name

Title         Bankruptcy Specialist

Company       Internal Revenue Service
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       600 ARCH ST ROOM 5200
              Number Street
              PHILADELPHIA                    PA          19106
              City                            State       ZIP Code

Contact phone  (267) 941-6416         Email   Chanel.Glenn@irs.gov

Official Form 410                **Proof of Claim**                    page 3

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:**  TERRY A. MCLEES
717 BUTTER FLY CREEK DRIVE
OCOEE, FL 34761

Form 410 Attachment

Case Number
6:21-BK-00101-KSJ

Type of Bankruptcy Case
CHAPTER 13

Date of Petition
01/12/2021

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights and is of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims**   under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-1280 | INCOME | 12/31/2016 | 06/05/2017 | $3,571.32 | $678.49 |
| XXX-XX-1280 | INCOME | 12/31/2016 | 09/16/2019 | $3,430.00 | $643.37 |
| XXX-XX-1280 | INCOME | 12/31/2017 | 07/15/2019 | $4,606.00 | $647.31 |
| XXX-XX-1280 | INCOME | 12/31/2018 | 04/20/2020 | $2,707.00 | $221.43 |
| | | | | $14,314.32 | $2,190.60 |

**Total Amount of Unsecured Priority Claims:**   $16,504.92

**Unsecured General Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-1280 | INCOME | 12/31/2014 | 07/10/2017 | $0.00 | $73.47 |
| | | | | $0.00 | $73.47 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . .$3,310.62
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$122.33

**Total Amount of Unsecured General Claims:**   $3,506.42