## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

IN RE:                                              Case No:        6:21-bk-00101-KSJ

TERRY A. MCLEES

_____ Debtor  /     Chapter 13

### Notice of Chapter 13 Confirmation Hearing

**PLEASE TAKE NOTICE** that the debtor filed a Chapter 13 Plan or Amended Chapter 13 Plan, a copy of which has previously been served upon you.

Creditors are advised that the payment amounts and frequency of payments as described in the debtor's plan will become effective upon confirmation of the plan unless the affected creditor files an objection to the confirmation within 21 days after the date of this notice. Such objection must be filed with the Clerk, United States Bankruptcy Court, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

**NOTICE IS FURTHER GIVEN** that a confirmation hearing will be held on 6/2/2021 at 9:30 AM.

**TELEPHONIC APPEARANCE REQUIREMENT:** Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all preliminary and non-evidentiary hearings by telephone. **All parties should arrange a telephonic appearance through Court Call (866-582-6878) no later than the Friday before the scheduled hearing date.**

At the confirmation hearing, the Court will hear and determine any objections to confirmation filed by any affected creditor. **The Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending and requires determination**, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter. The Court deems that the debtor objects on the grounds of timeliness to all proofs of claim and amendments to proofs of claim filed by any creditor after the bar date for filing claims. If confirmation is denied, the Court may also consider dismissal or conversion.

Appropriate Attire. You are reminded that Local Rule 5072-(b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilitites. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. **You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse** absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Filed and served on the Courts official mailing matrix this 2nd day of March, 2021.

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:21-bk-00101-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Mar  2 07:41:17 EST 2021 | Terry A. McLees<br>717 Butter Fly Creek Drive<br>Ocoee, FL 34761-3149 | U.S. Bank National Association, As Trustee F<br>Robertson, Anschutz, Schneid & Crane LLC<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 |
| 53 Bank Na<br>Fifth Third Center<br>Cincinnati, OH 45202-0000 | AdventHealth Imaging<br>PO Box 964556<br>Orlando, FL 32886-0001 | AdventHealth Med Grp Central FL<br>PO Box 14099<br>Belfast, ME 04915-4034 |
| AdventHealth Med Grp Central FL<br>PO Box 864552<br>Orlando, FL 32886-4552 | AdventHealth Orlando<br>PO Box 865516<br>Orlando, FL 32886-5516 | Ccs/Bryant State Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104-0478 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>955 American Lane<br>Schaumburg, IL 60173-4998 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jewett Orthopaedic Clinic<br>PO Box 8885<br>Winter Park, FL 32790-8885 |
| MERRICK BANK -<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick<br>55 East Ames Ct<br>Plainview, NY 11803-2304 | Midland Funding<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1238 |
| National Credit Adjusters<br>PO Box 3023<br>327 W 4th Ave<br>Hutchinson, KS 67501-4842 | North American Credit Services<br>PO Box 182221<br>Chattanooga, TN 37422-7221 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| PHH Mortgage Corporation -<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | PHH Mortgage Services<br>PO 5452<br>Mount Laurel, NJ 08054-5452 | Portfolio<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502-4952 |
| Portfolio Recov Assoc<br>150 Corporate Blvd<br>Norfolk, VA 23502-4952 | Sunbelt Crdt<br>C/O Security Finance Pob 3146<br>Spartanburg, SC 29304-3146 | TransUnion<br>P.O. Box 1000<br>Chester, PA 19016-1000 |
| US Anesthesia Partners of Florida<br>PO Box 744573<br>Atlanta, GA 30374-4573 | US Bank c/o<br>McCabe Weisberg and Conway LLC<br>500 South Australian Ave Ste 1000<br>West Palm Beach, FL 33401-6220 | US Bank c/o Robert McLain<br>McCabe Weisberg and Conway LLC<br>500 South Australian Ave Ste 1000<br>West Palm Beach, FL 33401-6220 |

Webbnk/Fhut
6250 Ridgewood Roa
Saint Cloud, MN 56303-0820

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

United States Trustee - ORL7/13 7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Matthew R Gross +
Matthew R Gross, J.D., P.A.
1101 Douglas Avenue, Suite 1000
Altamonte Springs, FL 32714-2033

Christopher P Salamone +
Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

(d)Internal Revenue Service -
Post Office Box 7346
Philadelphia PA 19101-7346

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients    34
Bypassed recipients     3
Total                  37