ORDERED.

Dated: **March 05, 2021**

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov**

In re:

TERRY A. MCLEES,                                            Case No: 6:21-bk-00101-KSJ
                                                                                                                                 Chapter 13

Debtor.
_____/

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

THIS CASE came on for hearing on March 3, 2021, on Debtor's Motion to Extend the Automatic Stay (Doc. No. 11) (the "Motion"). After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The automatic stay is extended as to all creditors.

Attorney Matthew R. Gross is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.