ORDERED.

Dated: March 23, 2021

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

TERRY A. MCLEES,                                     Case No: 6:21-bk-00101
                                                     Chapter 13

Debtor.
_____/

**ORDER SUSTAINING DEBTOR'S OBJECTION TO
CLAIM NO. 2 (DOC. NO. 19)**

THIS CASE having come before the Court without a hearing and upon the Debtor's Objection to Claim No. 2 of Department of the Treasury - Internal Revenue Service (Doc. No. 19).

The Court, having reviewed the subject Objection and the Court file; and, the Court finding that:

1. The Objection was served upon the affected Creditors and interested parties with the Local Rule 2002-4 negative notice legend informing the party of its opportunity to object within thirty (30) days from the date that the paper was entered on the docket.

2. The affected creditor has not filed an Objection or Response within the time permitted;

and

3. The Court, therefore, considers the matter to be unopposed;

**IT IS THEREFORE, ORDERED AND ADJUDGED:**

1. That the Debtor's Objection to Claim No. 2 of Department of the Treasury - Internal Revenue Service (Doc. No. 19) is hereby **SUSTAINED**.

2. Claim No. 2 of Department of the Treasury - Internal Revenue Service is allowed up to the amount of $8,181.74 as unsecured priority claim and $11,829.60 as unsecured nonpriority claim.

Attorney Matthew R. Gross, J.D. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.