UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

TERRY A. MCLEES,                                    Case No: 6:21-bk-00101-KSJ
                                                    Chapter 13

Debtor.
_____ /

OBJECTION TO CLAIM NO. 1

> NOTICE OF OPPORTUNITY
> TO OBJECT AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at George C Young Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

COMES NOW the Debtor, TERRY A. MCLEES, by and through the undersigned counsel, and states that Debtor filed a Petition under Title 11, Chapter 13 of the United States Code onJanuary 12, 2021 ("Petition Date"). Debtor now files this Objection to the below listed claim:

POC 1 - MERRICK BANK

As grounds in support of this Objection, the following is stated:

1. On January 25, 2021, Creditor filed its claim as an unsecured claim and relative to credit card.

2. Creditor is seeking $2,047.39.

OBJECTION BASIS - CLAIM IS TIME BARRED

3. Creditor's claim is facially defective because it lists a last payment date that precedes the applicable statute of limitations.

4. On the statement filed with the claim, the last payment date is listed as 2/28/2014. Pursuant to Section 95.11, Florida Statutes, the applicable statute of limit period is five (5) years. This claim exceeds that time limit.

5. Therefore the claim is time-barred.

WHEREFORE, the Debtor prays that the Court will:

A. sustain this Objection;

B. disallow Claim No. 1; and

C. grant such other relief as the Court deems appropriate.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection is being served upon the Chapter 13 Standing Trustee Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790-3450 and to the following creditors and interested parties, electronically or by United States regular mail, postage prepaid on April 14, 2021:

| | |
|---|---|
| Name | Trisha Doan |
| | First name    Middle name    Last name |
| Title | Claims Processor |
| Company | Resurgent Capital Services |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | PO Box 10368 |
| | Number   Street |
| | Greenville, SC   29603-0368 |
| | City    State    ZIP Code |
| Contact phone | (866) 572-0265    Email   askbk@resurgent.com |

And via certified mail to:

Merrick Bank, Attn: Rick Urrutia, President and CEO, 10705 South Jordan Gateway Suite 200 South Jordan, UT 84095.

/s/ MATTHEW R. GROSS, J.D.
MATTHEW R. GROSS, J.D.
Florida Bar No.: 49863
Attorney for Debtor(s)
Fresh-Start.Law, P.A.
1101 Douglas Avenue Ste. 1000
Altamonte Springs, FL 32714
Telephone: (407) 403-5936
mrg@first.law