UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY A. MCLEES,　　　　　　　　　　　　　　　　Case No: 6:21-bk-00101-KSJ
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

Debtor.
_____ /

OBJECTION TO
POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

COMES NOW the Debtor, TERRY A. MCLEES, by and through undersigned counsel, and states the following:

1. The Debtor filed a Petition under Title 11, Chapter 13 of the United States Code on January 12, 2021 ("Petition Date").

2. The Debtor filed her Chapter 13 plan on January 12, 2021 (Doc. No. 5).

3. Secured Creditor, U.S. Bank National Association, filed a Notice of Post-petition Mortgage Fees, Expenses, and Charges on May 14, 2021.

4. Secured Creditor's Notice states the following unreasonable charges:

   | Description | Date | Amount |
   |---|---|---|
   | Bankruptcy/Proof of Claim Fees | 2/11/21 | $700.00 |
   | Plan Review | 1/21/21 | $250.00 |
   | Payment History | 2/11/21 | $250.00 |
   | Plan Objection | 2/3/21 | $550.00 |
   | TOTAL | | $1,750.00 |

5. Reasonable charges for each of these items are as follows:

   | Description | Amount |
   |---|---|
   | Bankruptcy/Proof of Claim Fees | $300.00 |
   | Plan Review | $150.00 |
   | Payment History | $100.00 |
   | Plan Objection | $150.00 |
   | TOTAL | $700.00 |

6. Debtor counsel has conferred with Secured Creditor counsel regarding these charges, and the creditor disagrees that the fees are unreasonable.

WHEREFORE, the Debtor respectfully requests that this Court deny the post-petition fee request and award only the reasonable fee total of $700.00, and for such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been provided via U.S. mail or via electronic means to Laurie K. Weatherford, Ch 13 Trustee, P.O. Box 3450, Winter Park, FL 32790 and to Attorney for Creditor, Keith Labell, Robertson, Anschutz, Schneid & Partners, PLLC, 6409 Congree Avenue, Suite 100, Boca Raton, FL 33487, klabell@rasig.com this 24th day of May, 2021.

/s/ Matthew R. Gross
MATTHEW R. GROSS, J.D.
Florida Bar No.: 49863
Attorney for Debtor
Fresh-Start.Law, P.A.
498 Palm Springs Drive Ste. 100
Altamonte Springs, FL 32701
Phone (407) 403-5936
Fax (407) 842-7248
mrg@first.law