UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                 CASE NO.: 6:21-bk-00101-KSJ
                                                                              CHAPTER 13
Terry A. McLees
Debtor.
_____/

**RESPONSE TO OBJECTION TO NOTICE OF
POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

**COMES NOW,** U.S. Bank National Association, As Trustee For Mastr Asset-Backed Securities Trust 2005-Fre1 Mortgage Pass-Through Certificates, Series 2005-Fre1 ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Objection to Notice of Post-petition Mortgage Fees, Expenses, and Charges ("Objection") (DE # 32), and in support thereof states as follows. :

1. Debtor, Terry A. McLees ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 12, 2021.

2. Secured Creditor holds an interest in Debtor's real property located at 717 Butter Fly Creek Drive Ocoee, FL 34761.

3. Secured Creditor filed its Proof of Claim, on February 11, 2021 as Claim Number 3. and subsequently filed its Notice of Postpetition Mortgage Fees and Expenses Charges on May 14, 2021.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

5. On May 24, 2021, Debtor filed an Objection, asserting allegations opposing Secured Creditor's claim.

6. Debtors will not be prejudiced by allowing the Notice of Postpetition Mortgage Fees, Expenses, and Charges to stand as timely filed. All amounts stated are reasonable and permitted by the loan documents. The $250.00 for the Plan Review and $550.00 for Plan Objection is more than reasonable. Additionally, this is an acceptable amount for a Plan Review pursuant to the customs and practices in Florida. Due to new rules and time restraints of filing a Proof of Claim timely along with amount of time and detail, the $700.00 and $250.00 preparation of the 410A pay history is reasonable and acceptable because counsel is required to review payment histories, assemble payment information, and totals under numerous categories from date of default.

7. Secured Creditor Notice of Postpetition Mortgage Fees, Expenses, and Charges is neither incorrect nor improper as filed.

8. Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

**WHEREFORE,** Secured Creditor respectfully requests that this Honorable Court allows Secured Creditor's Notice of Postpetition Mortgage Fees, Expenses, and Charges as filed so as to preserve Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

> Robertson , Anschutz, Schneid, Crane & Partners, PLLC.
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-241-1969
>
> By: /s/ Christopher P. Salamone
> Christopher P. Salamone, Esquire
> Email: csalamone@raslg.com
> Florida Bar No. 75951

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 2, 2021, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Terry A. McLees
717 Butter Fly Creek Drive
Ocoee, FL 34761

Matthew R Gross
Fresh-Start.Law, P.A.
498 Palm Springs Drive Suite 100
Altamonte Springs, FL 32701

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Robertson , Anschutz, Schneid, Crane & Partners, PLLC.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Christopher P. Salamone
Christopher P. Salamone, Esquire
Email: csalamone@raslg.com
Florida Bar No. 75951