

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/02/2021 09:30 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:21-bk-00101-KSJ | 13 | 01/12/2021 |

Chapter 13

**DEBTOR:**   Terry McLees

**DEBTOR ATTY:**   Matthew Gross

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

1) Confirmation Hearing
Amended Chapter 13 Plan (Doc #20)
Objection by U.S. Bank National Association to Confirmation of Chapter 13 Plan (Doc #17)
Response by Debtor to U.S. Bank's Objection to Confirmation (Doc #18)
2) Debtor's Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges (Doc #32)
Notice by U.S. Bank National Association of Postpetition Mortgage Fees, Expenses and Charges Related to Claim 3 - filed 5/14/21
Prior Cases:
94-1968-KSJ, Chapter 7 filed 4/13/1994, Discharged 7/27/1994
09-5551-KSJ, Chapter 7 filed 4/26/2009., Discharged 6/28/2011
20-2183-KSJ, Chapter 13 filed 4/13/2020, Dismissed Voluntarily 5/7/2020
.

**APPEARANCES::**   Laurie Weatherford (Trustee); Matthew Gross (Debtor Atty);

**RULING:**
1) Confirmation Hearing

Amended Chapter 13 Plan   (Doc #20) - Confirmed:Order by Trustee;

2) Debtor's Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges   (Doc #32) - Sustained:Order by Gross; (gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.