ORDERED.

Dated:  June 04, 2021

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

TERRY A. MCLEES,   Case No: 6:21-bk-00101-KSJ
  Chapter 13

Debtor.
_____/

**ORDER SUSTAINING DEBTOR'S OBJECTION TO
POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES (DOC. NO. 32)**

THIS CASE came on for hearing on June 2, 2021, during the confirmation hearing, on Debtor's Objection to Post-Petition Mortgage Fees, Expenses, and Charges (Doc. No. 32) (the "Objection").  After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED:**

1. That the Debtor's Objection to Post-Petition Mortgage Fees, Expenses, and Charges (Doc. No. 32) is hereby **SUSTAINED**.

2. Secured Creditor, U.S. Bank National Association's, Notice of Post-petition Mortgage Fees, Expenses states the following charges:

| Description | Date | Amount |
|---|---|---|
| Bankruptcy/Proof of Claim Fees | 2/11/21 | $700.00 |
| Plan Review | 1/21/21 | $250.00 |
| Payment History | 2/11/21 | $250.00 |
| Plan Objection | 2/3/21 | $550.00 |
| TOTAL | | $1,750.00 |

3. The above charges are disallowed.

4. The following charges for each of the above items are reasonable and will be included in the Chapter 13 Plan:

| Description | Amount |
|---|---|
| Bankruptcy/Proof of Claim Fees | $300.00 |
| Plan Review | $150.00 |
| Payment History | $100.00 |
| Plan Objection | $150.00 |
| TOTAL | $700.00 |

Attorney Matthew R. Gross, J.D. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.