# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:                                                                             Case No:      6:21-bk-00101-GER

**TERRY A. MCLEES**

_____ Debtor   /          Chapter 13

## Notice of Increase in Plan Payments

*This notice supersedes any previous notices filed*

This notice is occasioned by **a Notice of Mortgage Payment Change from U. S. Bank National Association** (filed 2/08/2022). Paragraph 8 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE: March 2022**

|  | Former | New |  |
|---|---|---|---|
| Payment | $731.16 | $870.04 |  |
| Increase |  | $138.88 |  |
| Additional Trustee Fee |  | $15.43 |  |
| **Your payment to the trustee** | $1,794.64 | $1,948.95 | **(3/2022 - 1/2026)** |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

## Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 15th day of February, 2022.

**Debtor** - Terry A. Mclees, 717 Butter Fly Creek Drive, Ocoee, FL  34761
**Attorney -** Matthew R Gross, Fresh Start Law, 498 Palm Springs Dr, Ste 100, Altamonte Springs, FL  32701

BY:  /S/  **LAURIE K. WEATHERFORD**
Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com